# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

| | |
|---|---|
| United States of America <br> v. <br> STEVEN W. BROWN | Case No: 97-03020-01-CR-S-RGC <br> USM No: 26930-044 |
| Date of Original Judgment: 01/30/1998 <br> Date of Previous Amended Judgment: 04/15/2009 <br> *(Use Date of Last Amended Judgment if Any)* | Steve Moss, AFPD <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of Cts1-2: 324 months **is reduced to** Cts. 1 & 2: 210 months * .

*(Complete Parts I and II of Page 2 when motion is granted)*

*each count, concurrent, with condition to reside in and satisfactorily participate in a Residential Re-entry Center program, until discharged by the center director after consultation with the Probation Office, for a period not to exceed 60 days.

Except as otherwise provided, all provisions of the judgment dated 01/30/1998 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 11/10/2011     s/ Nanette K. Laughrey
*Judge's signature*

Effective Date:     NANETTE LAUGHREY, United States District Judge
*(if different from order date)*     *Printed name and title*